UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

TERESA YANES

        Plaintiff,

v.

MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS, LLP.

        Defendant.
_____

### DEFENDANT MINTZER, SAROWITZ, ZERIS, LEDVA & MEYER, LLP'S NOTICE OF AND PETITION FOR REMOVAL

Defendant Mintzer, Sarowitz, Zeris, Ledva & Meyer, L.L.P., by and through its undersigned counsel, invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1441(a) and 1446, and states the following grounds in support of removal of the above-captioned matter.

### I.    BACKGROUND

1. On or about January 11, 2017, Plaintiff Teresa Yanes ("**Yanes**"), instituted the above-captioned action in the 11th Judicial Circuit Court in and for Miami-Dade County, Florida, by filing a Complaint against Mintzer, Sarowitz, Zeris, Ledva & Meyers, L.L.P ("**Defendant**") ("**State Action**"). The State Action was assigned case number 2016-032208-CA-01. Other than the filing of the Complaint and Summons, no proceedings have transpired in the State Action.

2. The Complaint was served on Defendant on January 13, 2017. As such, this Notice of and Petition for Removal ("**Notice**") has been timely filed within thirty (30) days after service of the Complaint pursuant to 28 U.S.C. § 1446(b).

3. Copies of all process, pleadings, and orders of every kind served upon Defendant are attached to this Notice as **Exhibit 1**, as required by 28 U.S.C. § 1446(a).

4. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all adverse parties in this action, and will promptly file a copy of this Notice in the Circuit Court in and for Miami-Dade County, Florida.

5. Venue of this action lies in the United States District Court for the Southern District of Florida, Miami Division because this is the district and division embracing the place where the State Action is pending.

## II. FEDERAL QUESTION JURISDICTION

6. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing two federal question causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq. See* Complaint, pp. 5-7, attached hereto as **Exhibit 1**.

7. This case is therefore properly removable to this Court pursuant to 28 U.S.C. §§ 1331, 1441. Further, the United States District Court for the Southern District of Florida, Miami Division, is the judicial district embracing the Circuit Court in and for Miami-Dade County, Florida where the State Action was brought and is pending, and is therefore the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(c) and 1446(a).

8. Defendant submits this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

Defendant accordingly removes this case from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida to this Court.

Miami, Florida
February 10, 2017

                                                Respectfully submitted,

                                        By: *s/ Daniel J. Butler*
                                             Jenna Rinehart Rassif, Esq. (56855)
                                             E-mail: jenna.rassif@jacksonlewis.com
                                             Daniel J. Butler, Esq. (111398)
                                             E-mail: daniel.butler@jacksonlewis.com
                                             JACKSON LEWIS P.C.
                                             One Biscayne Tower, Suite 3500
                                             Two South Biscayne Boulevard
                                             Miami, Florida 33131-2374
                                             Telephone: (305) 577-7600
                                             Facsimile: (305) 373-4466
                                             *Attorneys for Defendant Mintzer, Sarowitz,*
                                             *Zeris, Ledva & Meyers, L.L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                             *s/ Daniel Butler*
                                                             Daniel J. Butler, Esq.

**SERVICE LIST**

**Teresa Yanes v. Mintzer, Sarowitz, Zeris, Ledva & Meyers, L.L.P.**

| | |
|---|---|
| Lawrence J. McGuinness, Esq.<br>E-mail: ljmpalaw@netzero.com<br>McGUINNESS & GONZALEZ, P.A.<br>3126 Center Street<br>Miami, Florida 33133<br>Telephone: (305) 448-9557<br>Facsimile: (305) 448-9559<br><br>*Attorneys for Teresa Yanes* | Jenna Rinehart Rassif, Esq. (56855)<br>E-mail: jenna.rassif@jacksonlewis.com<br>Daniel J. Butler, Esq. (111398)<br>E-mail: daniel.butler@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131-2374<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466<br><br>*Attorneys for Defendant Mintzer, Sarowitz, Zeris, Ledva & Meyers, L.L.P.* |

4821-4946-1058, v. 1